IN THE UNINTED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

SHAHFIN SMITH
V.
JAN E. DUBOIS

CIVIL ACTION

NO. 12-3257

AFFIDAVIT OF FACT
ORDER TO FILE

FILED
JUN 15 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

UNDER SECTION 1

I HAVE NO INCOME LIVING PARARNTS.
In school full time .

SECTION 1.
All men are born equally free and independent, and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty, of acquiring, possessing and protecting property and reputation, and of pursuing their own happiness.

SECTION 11.
All courts shall be open; and every man for an injury done him in his lands, goods, person or reputation shall have remedy by due course of law, and eight and justice administered without sale, denial or delay. Suits may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature may by law direct.

_[signature]_
With out recourse UCC 1-308

# UNITED STATES DISTRICT COURT PA
601 Market Street
Philadelphia, Pa 19106-1790
21400 UNITED STATES COURT HOUSE

Shahfin Smith
P.O.BOX 251
Ardmore, PA [19003]
    V.
IN THE UNITED STATES DICTRIST COURT
FOR THE E. DICTRIST OF PA
Judge Dubois

Case 12-3257

1. The Act of Congress making Note a legal tender DO NOT APPLIES TO INVOLUNTARY contribution in the nature of taxes or assessment exacted under State Laws.
2. See Bearden V. Georgia, 461 N. S.660, 103 S. Ct 2064, 76 L.Ed 2d 221 (1983.)

3. State V. Williams, 288 So. 2d 319 (La. 1974); State v. Anderson, 95-1688(La. App. 2d Cir.
4. Tate v. Shore (197) 28 L Ed 2d 130 .401 US 395, 91 S Ct 668, and.

5. Williams v. Illinois (1970) 26L Ed 2d 586, 399 US 235, 09 s Ct 2018.
6. All have stated that you cannot punish a person for a fine or debt as those paying would never go to jail, work or be punished and those with inability to pay would never go to jail. This would violate the equal protection clause. This is why this **case violated Art. 1 Sec. 10.**

**7. I did not have $ 350.00 of Public money; all I have is PRIVATE money which** You cannot demand and if you do you lose your immunity Judge Jan E. Dubois in charge put an order to close the case because I did not have any public funds. This was entering on 6/13/2012 clerk of Court.
8. plus Judge Violated Title 18, part 1, Chapter 73, Sec. 1512. Obstruction of Justice; and Title 18, U.S. CODE, Section 1001, false statement. Title 18, U.S. CODE, Section 242, title Deprivation of rights Under Color of Law, which primary governs police misconduct investigations. This statute makes it a crime.
For any person acting under the color of law to U.S. law.

                                 *[signature]*
                           **UCC-1 308 with out recourse.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAHFIN H. SMITH** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **LOWER MERION POLICE DEPARTMENT,** | : | NO. 12-3257 |
| **et al.** | : | |

### O R D E R

AND NOW, this         day of June, 2012, plaintiff having filed a civil complaint and an incomplete motion to proceed in forma pauperis, it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice for lack of sufficient financial information to enable the Court to determine whether he has the means to pay the filing fee to commence this case.[1]

2. If plaintiff intends to pursue this action, he shall cure the deficiencies in his motion to proceed in forma pauperis or pay the $350.00 filing fee within thirty (30) days of the date of this Order. Failure to do so will result in the dismissal of this case without prejudice.

3. This case shall be marked CLOSED statistically.

BY THE COURT:

JAN E. DUBOIS, J.

ENTERED
JUN 1 3 2012
CLERK OF COURT

---

[1] The motion is deficient because it fails to inform the Court how plaintiff supports himself in view of the fact that it lists no assets, no income, and no expenses.